1  **Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
2  **MARCUS & ZELMAN, LLC**
3  **701 Cookman Avenue, Suite 300**
   **Asbury Park, New Jersey 07712**
4  **Tel:  (732) 695-3282**
   **Fax: (732) 298-6256**
5  **Email: yzelman@marcuszelman.com**
6  **Attorneys for Plaintiff**

7                    **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN FRANCISCO DIVISION**
9

10
11 **KRISTA-SIMONE CLARK,**              C.A. No.: 3:20-cv-01393-JD
   **individually and on behalf of all**
12 **others similarly situated,**
13
                    **Plaintiff,**
14                                        **STIPULATION OF DISMISSAL**
15        -against-

16 **FINANCIAL RECOVERY**
17 **SERVICES, INC.,**

18                  **Defendant.**
19

20
21     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
22 the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims
23 against Defendant **FINANCIAL RECOVERY SERVICES, INC.**, in the above-
24 captioned matter, with prejudice.  A proposed Order of Dismissal is annexed
25 hereto as Exhibit A.
26
27 Dated:       April 30, 2020
28

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Christopher D. Holt |
| Yitzchak Zelman, Esq. | Christopher D. Holt |
| Marcus & Zelman, LLC | KLINEDINST PC |
| 701 Cookman Avenue, Suite 300 | 2 Park Plaza, Suite 1259 |
| Asbury Park, NJ 07712 | Irvine, CA 92614 |
| Phone: (732) 695-3282 | Phone: (714) 542-1800 |
| Fax: (732) 298-6256 | Fax: (714) 542-3592 |
| Email: yzelman@MarcusZelman.com | Email: cholt@klinedinstlaw.com |
| | |
| *Attorneys for the Plaintiff* | *Attorneys for Defendant* |
| *Krista-Simone Clark* | *Financial Recovery Services, Inc.* |

**STIPULATION OF DISMISSAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **KRISTA-SIMONE CLARK,** individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>**FINANCIAL RECOVERY SERVICES, INC.,**<br><br>Defendant | C.A. No.: 3:20-cv-01393-JD<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 30, 2020 Stipulation of Dismissal, all claims asserted against Defendant **FINANCIAL RECOVERY SERVICES, INC.** in Civil Action No: **3:20-cv-01393-JD**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2020.**

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL