1  **Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
2  **MARCUS & ZELMAN, LLC**
3  **701 Cookman Avenue, Suite 300**
   **Asbury Park, New Jersey 07712**
4  **Tel: (732) 695-3282**
   **Fax: (732) 298-6256**
5  **Email: yzelman@marcuszelman.com**
6  **Attorneys for Plaintiff**

7            IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
9

| | |
|---|---|
| **KRISTA-SIMONE CLARK,** individually and on behalf of all others similarly situated, | C.A. No.: 3:20-cv-01393-JD |
| **Plaintiff,** | **STIPULATION OF DISMISSAL** |
| -against- | |
| **FINANCIAL RECOVERY SERVICES, INC.,** | |
| **Defendant.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant **FINANCIAL RECOVERY SERVICES, INC.**, in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:      April 30, 2020

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Christopher D. Holt |
| Yitzchak Zelman, Esq. | Christopher D. Holt |
| Marcus & Zelman, LLC | KLINEDINST PC |
| 701 Cookman Avenue, Suite 300 | 2 Park Plaza, Suite 1259 |
| Asbury Park, NJ 07712 | Irvine, CA 92614 |
| Phone: (732) 695-3282 | Phone: (714) 542-1800 |
| Fax: (732) 298-6256 | Fax: (714) 542-3592 |
| Email: yzelman@MarcusZelman.com | Email: cholt@klinedinstlaw.com |
| *Attorneys for the Plaintiff* | *Attorneys for Defendant* |
| *Krista-Simone Clark* | *Financial Recovery Services, Inc.* |

**STIPULATION OF DISMISSAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **KRISTA-SIMONE CLARK,** individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> -against- <br><br> **FINANCIAL RECOVERY SERVICES, INC.,** <br><br> Defendant | C.A. No.: 3:20-cv-01393-JD <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 30, 2020 Stipulation of Dismissal, all claims asserted against Defendant **FINANCIAL RECOVERY SERVICES, INC.** in Civil Action No: **3:20-cv-01393-JD**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 1st day of May, 2020.**

_____
HONORABLE JA[...]
UNITED ST[ATES ...]

*IT IS SO ORDERED*
*Judge James Donato*

ORDER OF DISMISSAL